**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**THI HONG SON VU #A242-290-455**          **CIVIL ACTION 6:26-CV-00126 SEC P**

**VERSUS**                                                         **JUDGE ROBERT R. SUMMERHAYS**

**SOUTH LOUISIANA I C E**                           **MAG. JUDGE PEREZ-MONTES**
**PROCESSING CENTER**

**O R D E R**

On February 3, 2026, a **MOTION TO APPEAR PRO HAC VICE** (Thomas Nguyen) was filed by Plaintiff Thi Hong Son Vu. (Doc. No. 5) No proposed order on a separate page accompanied this motion as required by **LR7.3**. Mover was notified of this deficiency on February 3, 2026, but he has failed to correct it.

Accordingly,

**IT IS ORDERED** that the **MOTION TO APPEAR PRO HAC VICE** (Thomas Nguyen) (Doc. No. 5) filed by Plaintiff Thi Hong Son Vu on February 3, 2026, be and is hereby stricken from the record.

Alexandria, Louisiana, this 23 day of February 2026.

_____
JOSEPH H. L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE