**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

THI HONG SON VU                                        CASE NO.  6:26-CV-00126 SEC P

VERSUS                                                        JUDGE ROBERT R. SUMMERHAYS

WARDEN SOUTH LOUISIANA ICE             MAGISTRATE JUDGE PEREZ-MONTES
PROCESSING CENTER

**JUDGMENT**

The Report and Recommendation ("R&R") of the Magistrate Judge having been considered,[1] noting no objections to the R&R have been filed, and after a de novo review of the record, the Court finds the R&R is correct and adopts the findings therein as its own. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner Thi Hong Son Vu's Petition for Writ of Habeas Corpus [ECF No. 1] is DISMISSED without prejudice for lack of jurisdiction.

THUS DONE in Chambers on this 11th day of June, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 17.